Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**ORDER GRANTING REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**March 13, 2025**

Name of Offender: **Garrett Stuart Logar**

Case Number:  **3:17CR00055**

Name of Sentencing Judicial Officer: **Honorable Larry R. Hicks**

Date of Original Sentence: **November 20, 2017**

Original Offense: **Receipt of Child Pornography**

Original Sentence: **70 Months prison, followed by 240 Months TSR.**

Date Supervision Commenced: **July 7, 2022**

Name of Assigned Judicial Officer: **Honorable Howard M. McKibben**

**PETITIONING THE COURT TO MODIFY THE CONDITIONS OF SUPERVISION
AS FOLLOWS:**

**Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period of 120 days, and you must follow the rules and regulations of the location monitoring program. You must pay the costs of the program, based on your ability to pay.

☒ Location monitoring technology at the discretion of the probation officer.

This form of location monitoring technology will be used to monitor the following restriction on your movement in the community (choose one):

☒ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer **(Home Detention)**.

RE: Garrett Stuart Logar

Prob12B
D/NV Form
Rev. June 2014

## CAUSE

On November 20, 2017, Garrett Logar was sentenced by the Honorable Larry R. Hicks to seventy (70) months custody, followed by twenty years supervised release for the offense of Receipt of Child Pornography. Special conditions of supervision for Logar include sex offender treatment, minor prohibition, polygraph testing, no pornography, place restriction – children under 18, and computer restrictions and monitoring. Logar commenced supervision in the District of Nevada on July 7, 2022.

On March 7, 2025, Garrett Logar submitted to a polygraph examination. He was asked "Since September 2024, have you been alone with a minor?" He replied "no" to the question. The examination resulted in a significant response, indicative of deception. When questioned about the possible explanation for the reaction, Logar admitted to attending family dinners on Thanksgiving, Christmas, and New Years 2024, where Marley, his 15-year-old niece, was present. He stated that he did not advise his probation officer of these occasions and does not currently have a chaperone agreement in place.

It should be noted that in September 2024, Logar requested permission to have contact with his niece and was expressly denied having any contact by the undersigned due to the hyper-sexual nature of Logar's conversations online and in text messages. The undersigned has met with Logar multiple times since November 2024, when the interactions with his niece occurred. However, Logar never reported any of these interactions prior to the polygraph exam in March 2025. He was admonished for not reporting minor contact, for willfully omitting this contact, and for violating the minor prohibition condition.

Logar resides in Sparks, Nevada with his significant other. He attends sex offender treatment as required and is appropriately registered as a sex offender with local authorities. He is currently unemployed after quitting his last job, which he held for a few months. Logar's supervision level remains at an intensive level. He submits to round the clock computer monitoring and his sex offender treatment has been increased to weekly group sessions as well as multiple monthly individual sessions. The sex offender treatment provider has been advised of Logar's recent admissions and his high-risk behavior involving contact with minors.

As an alternative to revocation proceedings, and this is our recommended course of action at this time, the Probation Office respectfully recommends that the conditions of supervision be modified to include home confinement with location monitoring for a period of 120 days, as reflected in the attached waiver signed by Mr. Logar. If any further indicia of criminal or violation behavior is revealed, the Court will be promptly notified.

RE: Garrett Stuart Logar

Prob12B
D/NV Form
Rev. June 2014

Respectfully submitted,

*Kory Augustus*
Digitally signed by Kory Augustus
Date: 2025.03.13 15:42:20 -07'00'

Kory Augustus
United States Probation Officer

Approved:

*Erik Flocchini*
Digitally signed by Erik Flocchini
Date: 2025.03.13 15:40:42 -07'00'

Erik Flocchini
Supervisory United States Probation Officer

---

**THE COURT ORDERS**

☐ No Action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

-------------------------------------------------------------------

-------------------------------------------------------------------

-------------------------------------------------------------------

*Howard D. McKibben*

Signature of Judicial Officer

March 19, 2025

Date